UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

George C. Bougopoulos,
    Plaintiff

    v.                                      Case No. 12-cv-338-SM

Altria Group, Inc. f/k/a
Philip Morris Companies, Inc.,
Philip Morris USA, Inc., and
R.J. Reynolds Tobacco Co., Inc.,
    Defendants

### O R D E R

Defendants' counsel is on my recusal list, therefore, I am recusing myself from presiding over this case.  The case shall be assigned to another judge.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

November 1, 2012

cc:  John J. Washburn, Esq.
     Wilbur A. Glahn, III, Esq.
     David K. Pinsonneault, Esq.